479 A.2d 1120

Commonwealth v. Geary, Appellant.

Submitted March 19, 1984. Marilyn J. Gelb, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Affirmed.